IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

LIAM VARN,

    Plaintiff,

    v.

ORCHESTRADE, INC.,
  and HAKIM ERHILI,

    Defendants.

-------------------------------------------------------------x

**Rule 7.1 Statement**

Civil Action No.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Orchestrade, Inc. submits the following Corporate Disclosure Statement:

Defendant Orchestrade, Inc. has no parent corporation or publicly-held corporation that owns more than 10% of its stock.

Dated: May 15, 2019
      New York, New York

                                     Respectfully submitted,

                                     BERG & ANDROPHY

                                     _____

                                     Jenny H. Kim (jkim@bafirm.com)
                                     Bronwyn M. James (bjames@bafirm.com)
                                     120 West 45th Street, 38th Floor
                                     New York, New York 10036
                                     Tel.: (646) 766-0077
                                     Fax.: (646) 219-1977

                                     *Counsel for Defendant Orchestrade, Inc.*