IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LIAM VARN,                                      :
                                                :
       Plaintiff,                       :    Civil Action No. 1:19-cv-02875
                                                :    MKB-RML
                                                :
       v.                               :    **[PROPOSED] BRIEFING**
                                                :    **SCHEDULE**
ORCHESTRADE, INC.,                              :
  and HAKIM ERHILI,                            :
                                                :
       Defendants.                      :
------------------------------------------------------------x

       Pursuant to the July 8, 2019 Order of this Court, in accordance with Local Rule 6.1(b), Plaintiff and Defendants have agreed and the undersigned counsel hereby stipulate to the following briefing schedule:

       Defendants' anticipated motion to dismiss shall be served on or before July 12, 2019.

       Plaintiff's opposing papers shall be served on or before July 26, 2019.

       Defendants' reply papers shall be served on or before August 2, 2019.

Dated: New York, New York
         July 10, 2019

| JONES LAW FIRM, P.C. | BERG & ANDROPHY |
|---|---|
| By: _____ | By: _____ |
| T. Bryce Jones | Jenny H. Kim |
| John Thompson | Bronwyn M. James |
| 450 7th Avenue, Ste. 1408 | 120 W. 45th Street, 38th Floor |
| New York, New York 10123 | New York, New York 10036 |
| (212) 258-0685 | (646) 766-0073 |
| *Attorneys for Plaintiff Liam Varn* | *Attorneys for Defendants Orchestrade, Inc. and Hakim Erhili* |

**SO ORDERED:**

_____       Dated: July ___, 2019
Hon. Margo K. Brodie