# BERG & ANDROPHY

A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION

HOUSTON    NEW YORK

JENNY H. KIM
JKIM@BAFIRM.COM

TEL (646) 766-0078
FAX (646) 219-1977

July 12, 2019

**VIA EMAIL**

T. Bryce Jones, Esq.
Jones Law Firm, P.C.
450 7th Avenue, Suite 1408
New York, NY 10123

      Re:   *Varn v. Orchestrade, Inc.*,
              Case No. 1:19-cv-02875-MKB-RML

Dear Mr. Jones:

    We represent Defendants Orchestrade, Inc. ("Orchestrade") and Hakim Erhili (with Orchestrade, "Defendants") in the above-referenced matter. Attached herewith are: (1) Defendants' Notice of Motion of Dismissal of the Complaint; (2) Defendants' Memorandum of Law in Support of the Motion to Dismiss; (3) Declaration of Chris L. Sprengle in Support of the Motion to Dismiss; and (4) Exhibits A through C to the Declaration of Chris L. Sprengle.

    In accordance with Judge Brodie's Rules, these moving documents will not be filed until the motion has been fully briefed, although a copy of this cover letter shall be electronically filed.

    Please let us know if you have any questions.

                                              Respectfully,

                                              Jenny H. Kim

120 W. 45TH STREET, 38TH FLOOR, NEW YORK, NY 10036