

# THOMPSON & SKRABANEK, PLLC
### NEW YORK

March 30, 2020

<u>Via ECF</u>

To:    Hon. Magistrate Judge Robert M. Levy
        United States District Court
        Eastern District of New York
        225 Cadman Plaza East
        Brooklyn, NY 11201

Re:    *Liam Varn v. Orchestrade, Inc.*, et al., Docket No. 1:19-cv-02875-MKB-RML

Magistrate Judge Levy:

    We are counsel to Plaintiff Liam Varn in the above-referenced matter. I am attorney of record on this matter and I have changed law firms from Jones Law Firm, P.C., to Thompson & Skrabanek, PLLC. The Plaintiff has elected to engage Thompson & Skrabanek. I am therefore submitting this application for substitution of counsel. The new firm of record for Plaintiff is Thompson & Skrabanek, PLLC and the undersigned will now serve as lead counsel.

    Thank you for your consideration.

                                Respectfully,

                                John J. Thompson, Esq.
                                THOMPSON & SKRABANEK, PLLC
                                42 W. 38th Street, Suite 1002,
                                New York, NY 10018
                                T: (646) 568-4280 ext. 701
                                M: (206) 920-3018
                                jt@ts-firm.com

CC:    VIA ECF
        Jenny H. Kim
        Chris Sprengle
        Bronwyn James