UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------- x

LIAM VARN and GRAY MATTER INC., :

        Plaintiffs, :

        v. :

ORCHESTRADE, INC. and HAKIM ERHILI, :

        Defendants. :

------------------------------------------- x

No. 1:19-cv-02875-MKB-RML

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for Plaintiffs Liam Varn and Gray Matter Inc. and Defendants Orchestrade, Inc. and Hakim Erhili (collectively, the "Parties"), that the briefing schedule for the Parties' cross motions for summary judgment (*see* Order, dated March 25, 2021) be amended as follows:

- Opposition briefs shall be filed by June 2, 2021; and
- Reply briefs shall be filed by June 16, 2021.

Dated: New York, New York
        May 11, 2021

| | |
|---|---|
| THOMPSON & SKRABANEK, PLLC | BERG & ANDROPHY |
| By: /s/ *John J. Thompson* | By: /s/ *Jenny H. Kim* |
|     John J. Thompson |     Jenny H. Kim |
|     42 West 38th Street, Suite 1002 |     120 West 45th Street, 38th Floor |
|     New York, New York 10166 |     New York, New York 10036 |
|     (206) 920-3018 |     (646) 766-0073 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED.

_____
Margo K. Brodie
U.S. District Judge