

# THOMPSON & SKRABANEK, PLLC

NEW YORK

42 W. 38TH STREET, SUITE 1002, NEW YORK, NY 10018 | (646) 568-4280 | CONTACT@TS-FIRM.COM

---

June 2, 2021

<u>Via ECF and Email</u>

To:  Jenny H. Kim
     Chris L. Sprengle
     Berg & Androphy
     120 W. 45th Street, 38th Floor
     New York, New York 10036

Re:  Varn v. Orchestrade, Inc. et al., No. 1:19-cv-02875-MKB-JRC

Dear Ms. Kim and Mr. Sprengle,

    As you know, we represent Plaintiffs Liam Varn and Gray Matter Inc. in the above-referenced action.  We are writing to serve you with the following documents in opposition to Defendants' motion for summary judgment:

- Thompson Declaration in Support, with annexed Exhibit A (unredacted);
- Plaintiffs' Response to Defendants' Local Rule 56.1 Statement of Undisputed Facts;
- Plaintiffs' Memorandum of Law in Opposition.

Pursuant to Judge Brodie's Individual Rules, Section 3(D), Plaintiffs will refrain from filing these papers until the motion is fully briefed.  Only a copy of this letter will be filed.

Sincerely,

John J. Thompson, Esq.
THOMPSON & SKRABANEK, PLLC
42 W. 38th Street, Suite 1002,
New York, NY 10018
T: (646) 568-4280 ext. 701

2

M: (206) 920-3018
jt@ts-firm.com