# BERG & ANDROPHY
A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION

HOUSTON    NEW YORK

JENNY H. KIM
jkim@bafirm.com

TEL (646) 766-0078
FAX (646) 219-1977

June 2, 2021

**VIA EMAIL AND ECF**

Mr. John J. Thompson
Thompson & Skrabanek, PLLC
42 West 38th Street, Suite 1002
New York, NY 10018
jt@ts-firm.com

    Re:    *Varn v. Orchestrade, Inc.*, Case No. 1:19-cv-02875-MKB-RML

Dear Mr. Thompson:

    As you know, we represent Defendants Orchestrade, Inc. and Hakim Erhili in the above-referenced action. Pursuant to the Court's Order, dated May 12, 2021 (Dkt. No. 55), and Rule 3(D) of the Court's Individual Practices and Rules and Practices, we are writing to serve you with Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment, Defendants' Response to Plaintiffs' Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1 and Counterstatement of Undisputed Material Facts in Opposition to Plaintiffs' Motion for Summary Judgment and the declarations and exhibits cited therein. The parties' summary judgment papers will be electronically filed when the motion is fully briefed.

                    Sincerely,

                    /s/ *Jenny H. Kim*

                    Jenny H. Kim

cc:    All Counsel of Record (*via ECF*)