**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIAM VARN and GRAY MATTER INC.,<br><br>                             *Plaintiffs,*<br><br>v.<br><br>ORCHESTRADE, INC. and HAKIM ERHILI,<br><br>                             *Defendants.* | Civil Action No. 1:19-cv-2875<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, Plaintiffs Liam Varn and Gary Matter Inc. and Defendants Orchestrade, Inc. and Hakim Erhili, by and through their undersigned attorneys, that Plaintiffs' Amended Complaint against Defendants and all claims therein be and hereby are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs or fees to any party as against any other.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation and Order may be executed in separate counterparts, each of which shall be deemed to be an original.

Once this Stipulation and Order has been signed and so ordered by the Court, the Clerk of the Court shall enter judgment in this case dismissing the action with prejudice and shall close the case.

Dated: New York, NY
        May 20, 2022

                                                      John J. Thompson, Esq.
                                                      THOMPSON & SKRABANEK, PLLC
                                                      42 W. 38th Street, Suite 1002
                                                      New York, NY 10018
                                                      (646) 568-4280
                                                      jt@ts-firm.com
                                                      *Attorneys for Plaintiffs*

Dated: New York, NY
      May 20, 2022

*Emily Burgess* (signature)
Emily Burgess
Jenny H. Kim
BERG & ANDROPHY
120 W. 45th Street, 38th Floor
New York, NY 10036
eburgess@bafirm.com
(646) 766-0080
*Attorneys for Defendants*

SO ORDERED this
___ Day of _____, 2022

_____
Hon. Margo K. Brodie
U.S.D.J.  E.D.N.Y